THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT ROBINSON, III**  **PETITIONER**
Reg #25093-509

v.  Case No. 2:24-cv-00212-KGB

**C. HUMPHREY,**  **RESPONDENT**
Warden, FCI-Forrest City Low

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 11). Neither party has objected to the Recommendation, and the time for doing so has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 11). The Court dismisses as moot petitioner Robert Robinson, III's petition for a writ of habeas corpus (Dkt. No. 1).

It is so ordered this 14th day of October, 2025.

_____
Kristine G. Baker
Chief United States District Judge